IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JILLANNE N. BARBEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4217-CV-S-DW-SSA |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is Defendant's Motion to Remand and Reverse. (Doc. 6). The Court GRANTS the Commissioner's request to reverse the decision of the Administrative Law Judge (ALJ) and remand this action to Defendant pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g). Accordingly, the Appeals Council is ordered to direct the ALJ to obtain the subsequent allowance file and consider the effect, if any, of Plaintiff's successful May 2, 2005 application on the claim filed on June 14, 2002.

The Court enters a final judgment in this case pursuant to Federal Rule of Civil Procedure 58; the above-styled case is reversed and remanded. <u>Brown v. Barnhart</u>, 282 F.3d 580 (8th Cir. 2002).

Date: March 6, 2007  /s/ DEAN WHIPPLE
Dean Whipple
United States District Court