# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

Jillanne N. Barbee )
)
        Plaintiff (s) )
vs. )   Civil No. 06-4217-CV-C-DW
)
Jo Anne B. Barnhart, Commissioner )
of Social Security )
        Defendant (s) )

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED that :** THE Court enters a final judgment in this case pursuant to Federal Rule of Civil Procedure 58; the above-styled case is reversed and remanded. <u>Brown v. Barnhart</u>, 282 F.3d 580 (8th Cir. 2002).

                                                          PATRICIA L. BRUNE, CLERK

Date: <u>March 6, 2007</u>                By:    <u>/s/ Y. Johnson</u>
                                                                      Deputy Clerk